

Entered on Docket
August 31, 2010

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**
_____

David Krieger, Esq.
Nevada Bar No.: 9086
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Michael L. Randall and Susan M. Randall

E-FILED: August 30, 2010

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>**Michael L. Randall and Susan M. Randall**,<br><br>Debtor(s). | Case No. BKS-10-10356-LBR<br>Chapter 13 |

### EX- PARTE ORDER TO DISMISS CHAPTER 13 CASE

COME NOW, Debtors, **Michael L. Randall and Susan M. Randall** by and through attorney of record, David Krieger, Esq., and hereby elects pursuant to 11 U.S.C. § 1307(b), to dismiss the above-captioned case. The Debtors are entitled to dismiss this case because:

1. This case, filed on January 12, 2010, is a case under Chapter 13 of the Bankruptcy Code.

- 2 -

2.  This case has not been previously converted under Section 706 or 1112 of the Bankruptcy Code.

**IT IS THEREFORE ORDERED** that Case No. 10-10356-LBR is hereby dismissed.

Dated: August 30, 2010

<u>/s/David Krieger, Esq.</u>
David Krieger, Esq.
Attorney for Debtor(s)

###